E-FILED
Thursday, 20 April, 2006  03:55:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED

APR 20 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-100 29 |
| LARRY J. CAFFIE, | ) VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(A) |
| | ) (iii), 841(b)(1)(C) |
| Defendant. | ) |

### INDICTMENT

#### Count 1

The Grand Jury charges:

On or about March 21, 2006, in McLean County, within the Central District of Illinois,

**LARRY J. CAFFIE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

#### Count 2

On or about March 24, 2006, in McLean County, within the Central District of Illinois,

**LARRY J. CAFFIE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

#### Count 3

On or about March 28, 2006, in McLean County, within the Central District of Illinois,

**LARRY J. CAFFIE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 4

On or about March 28, 2006, in McLean County, within the Central District of Illinois,

**LARRY J. CAFFIE,**

the defendant herein, did knowingly and intentionally possess with intent to distribute at least 50 grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(iii).

A True Bill,

s/Foreperson
FOREPERSON

s/Assistant US Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

JHC/ms