**E-FILED**
Monday, 13 February, 2012 02:34:04 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-10029 |
| LARRY CAFFIE, | ) | |
| Defendant. | ) | |

# O R D E R

This matter before the Court is an Agreed Motion to Reduce Sentence and a Second Amended Agreed Motion to Reduce Sentence (Docs. 88 and 89) as to Counts 1, 2, and 3 of the Indictment. The *pro se* motion of Defendant (Doc. 87) is mooted by this Order. The motions are GRANTED, and IT IS HEREBY ORDERED that the concurrent sentence of imprisonment on Counts 1, 2, and 3 is hereby reduced to a sentence of 140 months, the bottom of the amended guideline range. This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(C). Except as ordered herein, all other provisions of the Judgment entered on February 8, 2008, shall remain in effect.

ENTERED this 13th day of February, 2012.

s/Joe B. McDade
JOE BILLY McDADE
Senior United States District Judge